ORDERED.

Dated: September 23, 2022

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:21-bk-02588-CPM |
| Work Cat Florida LLC, | Chapter 11 |
| Debtor. _____/ | |
| Douglas N. Menchise, as Chapter 7 Trustee, | Adv. No. 8:22-ap-00099-CPM |
| Plaintiff, | |
| v. | |
| Port Logistics Refrigerated Services, Inc., | |
| Defendant. _____/ | |

**AGREED ORDER GRANTING TRUSTEE'S**
***ORE TENUS* MOTION TO ABATE ADVERSARY PROCEEDING**

**THIS PROCEEDING** came before the Court for hearing on September 19, 2022 at 10:30 a.m. (the "Hearing") upon the Motion to Dismiss Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (Doc. No. 5) (the "Motion to Dismiss") filed by Defendant Port Logistics Refrigerated Services

Inc. ("PLRS"), and the *ore tenus* motion to abate the adversary proceeding (the "Motion to Abate") made by Plaintiff Douglas N. Menchise, as Chapter 7 Trustee ("Trustee"). As stated on the record at the Hearing, the parties consent to the relief requested by the Motion to Abate. The Court, having considered the Motion to Abate, the agreement of the parties, and being otherwise fully advised in the premises, finds the Motion to Abate to be well-taken. Accordingly, it is

**ORDERED**:

1. The Motion to Abate is **GRANTED** to the extent set forth herein.

2. The adversary proceeding is **ABATED** until such time either party files an appropriate motion with the Court requesting that the adversary proceeding recommence.

3. Upon the motion of a party seeking to recommence the adversary proceeding, this Court will enter an order lifting the abatement and setting the pretrial dates and deadlines that will apply thereafter including, without limitation, further hearing on the Motion to Dismiss.

Attorney Ryan C. Reinert is directed to serve a copy of this Order on all interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.